# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Paul Munoz, III,                                  * From the 142nd District
                                                    Court of Midland County,
                                                    Trial Court No. CR34560.

Vs. No. 11-12-00138-CR                            * April 11, 2013

The State of Texas,                               * Memorandum Opinion by Willson, J.
                                                    (Panel consists of: Wright, C.J.,
                                                    McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.